UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CC: BK Court

JS-6

CIVIL MINUTES - GENERAL

| Case No.: | CV 15-00691-AB | Date: | April 14, 2015 |

Title: In re: Nader Armanious

Present: The Honorable ANDRÉ BIROTTE JR.

| Carla Badirian | N/A |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Appearing | None Appearing |

**Proceedings:**     **[In Chambers] DISMISSAL**

On January 30, 2015, a notice of a bankruptcy appeal was filed with this Court. (Dkt. No. 1.) On March 4, 2015, the Court issued an Order to Show Cause for not filing the records mandated under Federal Rule of Bankruptcy Proceeding ("Rule") "[8009]." (Dkt. No. 5.) On March 25, 2015, this Court ordered Appellant to Show Cause why the appeal should not be dismissed for failure to file the requisite bankruptcy record, no later than March 30, 2015. (Dkt. No. 6.) Appellant has yet to file the bankruptcy record or respond to the Order to Show Cause, and the deadline to respond has since lapsed.

The Court therefore sua sponte DISMISSES the case **WITH PREJUDICE**.

**IT IS SO ORDERED.**